(93 South. 215)

TAYLOR v. STATE. (6 Div. 993.)

(Court of Appeals of Alabama. May 9, 1922.)

Criminal law ⚖➡1090(1)—Where no bill of exceptions presented, and no exceptions reserved, appeal is on record.

Where no bill of exceptions was presented, and no exceptions reserved, the appeal is on the record proper.

Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge.

John Henry Taylor was convicted of violating the prohibition laws, and he appeals. Affirmed.

Harwell G. Davis, Atty. Gen., for the State.

No brief came to the Reporter.

BRICKEN, P. J. Under an indictment charging the defendant with distilling, making, or manufacturing alcoholic liquors in the first count, and the possession of a still, etc., in the second count, the defendant interposed a plea of guilty, and the jury returned a verdict in accordance with said plea. The judgment entry recites that the verdict of guilty was referred to the first count of the indictment, and the court duly sentenced the defendant to an indeterminate sentence in the penitentiary; the term of sentence, however, being practically the minimum allowed by law. From this judgment the defendant appeals; but it appears by the certificate of the trial judge that no bill of exceptions has been presented—in fact, no exceptions of any character were reserved. The appeal is therefore upon the record proper. The record appears regular in all respects, and, as no error is apparent thereon, the judgment of the circuit court is affirmed.

Affirmed.